*In re* ALEJO MALDONADO AYALA.

*Número:* 4639      *Resuelto:* 8 de junio de 1989

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías.*

## I

PER CURIAM: El 6 de abril de 1989 el Director de la Oficina de Inspección de Notarías, Lic. Govén D. Martínez Surís, nos rindió un informe expositivo de que el notario Alejo Maldonado Ayala omitió rendir los índices notariales mensuales desde febrero de 1988 hasta el presente, en contravención a la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 1001 *et seq.*[1]

---

[1] El 4 de octubre y 22 de diciembre de 1988 había sido notificado de esa situación y apercibido de que el asunto sería remitido a nuestra consideración.

Concedimos al referido notario término para que subsanara esas deficiencias y simultáneamente, en igual plazo, mostrara causa por la cual no deberíamos imponerle sanciones disciplinarias, incluso la suspensión del notariado.

El 23 de mayo el licenciado Martínez Surís nos informó que el notario Maldonado Ayala *únicamente* remitió el índice correspondiente a marzo de 1989. Advertimos que éste no compareció a este Foro según requerido.

## II

El trámite expuesto no cumple satisfactoriamente con nuestra resolución. La situación no es nueva. En 1985 el notario Maldonado Ayala fue suspendido por idéntica inobservancia en cuanto a los índices notariales. Ello debió ser aleccionador. Tal proceder amerita que decretemos su suspensión indefinida del ejercicio del notariado, a tono con nuestro invariable compromiso de lograr la máxima excelencia en la función notarial. *In re La Fontaine Martell*, 123 D.P.R. 433 (1989); *In re Alvarado Tizol*, 122 D.P.R. 587 (1988); *In re Vázquez O'Neill*, 121 D.P.R. 623 (1988); *In re Bonilla Martínez*, 120 D.P.R. 682 (1988); *In re Hernández Ramírez*, 120 D.P.R. 366 (1988).

*Se dictará sentencia que decrete su suspensión indefinida del ejercicio del notariado y que el Alguacil General se incaute de su obra notarial para ser entregada a la Oficina de Inspección de Notarías.*